UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-P278-S

JONATHAN LEE RICHES                                    PLAINTIFF
a/k/a AVIGDOR LIEBERMAN

v.

THE INDIANAPOLIS STAR *et al.*                           DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would be frivolous and, therefore, not taken in good faith.

Date: July 13, 2009

                                                      **Charles R. Simpson III, Judge**
                                                      **United States District Court**

cc:        Plaintiff, *pro se*
4411.005